

# **Memorandum**

| Subject | Date |
|---|---|
| UNSEALING | December 17, 2025 |
| | |

U.S. v. ALFREDO PINTO-MENDOZA, JUAN MANUEL GOUVEIA-AGUILERA, YOINBER ALFONSO MOREY MOREY, FRAYNER ESMITH JIMINEZ-GOMEZ, YEREMY JOSUE TARAZONA-PAEZ, ANGEL ARGENIS MARTINEZ PERALTA, GUSTAVO ARTURO PUERTA COLINA, CRISTHIAN ALEXANDER MUNOZ PEREZ, DYFRED JOFIEL REYES-PALACIOS, EYDER BUENO FRANCIA, CRISTIAN MANUEL TOVAR-OLIVARES, SNAIDER STHIFERSON CASTRO HIDALGO, JOSE ANTONIO ALIENDRES GARCIA, YOHALEX GARCIA-VALLADARES, ALEXANDER JOSE MAYORA-BLANCO, JOHAN RODRIGUEZ-HERNANDEZ, IVAN JOSE ANGULO FLORES, JOSE DAVID ALVAREZ-JIMENEZ, MARIA RIOS-AREVALO A/K/A MARIA R. BETANIA, DARWIN DANIEL SALINAS-VICTORRA, JOVITO BRAKWAITTE-BLANCO, ANIBEL DEL VALLE RIVAS GONZALEZ, EDUAR JESUS PAEZ AVENDANO, GUSTAVO ENRIQUE SOCORRO PINO, RAYMUNDO SANTIAGO OLGUIN, JOSE RAFAEL VILLASMIL-SALAS, JESHUA ESCALONA MATA, JHONELIER JESUS TOVAR DURAN, DAVID RAMIRO FALLO-SANTONICOLA, JOEL ALEJANDRO MORANTES LEAL, ENDIS DANIEL GONZALEZ ORTEGA, and YENDRY ALEXANDRA ACOSTA GARCIA,

8:25CR190

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA Sean P. Lynch |

Be advised that a number of the above-named defendants are in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒     Unseal the Superseding Indictment, the Indictment, and any underlying Magistrate Judge case

☐     Unseal the Magistrate Judge case

☐     Unseal the Indictment but any underlying Complaint and Affidavit should remain **Restricted**

☐     Unseal the Magistrate Judge case but the underlying Complaint and Affidavit should remain **Restricted**